IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CR609-15

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| --- | --- | --- |
| | ) | |
| v. | ) | VIO: 21 U.S.C. § 841(a)(1), 860 |
| | ) | DISTRIBUTION OF |
| HERMAN MCCLOUDEN III, aka | ) | CONTROLLED SUBSTANCES |
| "RED" | ) | 18 U.S.C. § 922(a)(1) |
| | ) | UNLICENSED DEALING IN |
| | ) | FIREARMS |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | POSSESSION OF FIREARMS |
| | ) | AND AMMUNITION BY |
| | ) | CONVICTED FELON |
| | ) | 18 U.S.C. § 922(j) |
| | ) | POSSESSION OF STOLEN |
| | ) | FIREARMS |
| | ) | 18 U.S.C. § 922(q)(2)(A) |
| | ) | POSSESSION OF FIREARMS IN |
| | ) | SCHOOL ZONE |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

So ORDERED this 5th day of March, 2009.

HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA